IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 03-00560-05 SOM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING GOVERNMENT'S |
| vs. | ) | RULE 35 MOTION FOR REDUCTION |
| | ) | OF SENTENCE |
| ROXANNE ABAD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING GOVERNMENT'S
RULE 35 MOTION FOR REDUCTION OF SENTENCE

In light of Defendant Roxanne Abad's post-sentencing substantial assistance to the government, this court grants the government's motion and reduces Defendant's sentence to 21 months in custody, with all other terms and conditions of the original sentence remaining unchanged. That reduction is consistent with the government's assessment of the value of Defendant's post-sentencing assistance, an assessment this court finds reasonable based on the record before this court. The new sentence not only reflects the substantial assistance the Defendant has provided, it continues to take into account Defendant's history and characteristics and to provide appropriate punishment and deterrent effect.

Defendant asks that the court reduce the sentence even further "in deference to the fact that she has additional cooperation that has not been fully evaluated by the government yet." The court is unpersuaded by Defendant on this point, as

this point could be addressed by simply delaying the government's Rule 35 motion until all assistance has indeed been evaluated. Both Defendant and the government concede that the only reason the motion is brought before all assistance has been evaluated is that Defendant is insisting that the motion be brought at this time.  Defendant may not have both early consideration and the benefit of speculation about a future assessment.

DATED: Honolulu, Hawaii; June 23, 2006.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

United States of America v. Roxanne Abad; CR NO. 03-00560-05 SOM;
ORDER GRANTING GOVERNMENT'S RULE 35 MOTION FOR REDUCTION OF
SENTENCE