ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR03-00560SOM |
| Plaintiff(s), | ) | |
| vs. | ) | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| Roxanne Abad, | ) | SEP 04 2008 |
| Defendant(s). | ) | at 4 o'clock and 00 min P.M. SUE BEITIA, CLERK |

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Susan Oki Mollway United States District Judge in the above-entitled case, Passport Number 074754099 issued at Seattle, on February 20, 1998 to Roxanne Julia Friglillana, was surrendered to the custody of the Clerk of court on February 9, 2004 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth: ▓▓▓▓ 1971

Place of Birth: Hawaii, U.S.A.

Dated at Honolulu, Hawaii on February 9, 2004.

WALTER A.Y.H. CHINN, Clerk

By: _____
Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: 8/29/08            Signature: _____
                                   Owner of Passport